IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Leon McClain,<br><br>  Plaintiff,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>  Defendants. | No. CIV 06-2091-PHX-SRB (JCG)<br><br>**REPORT & RECOMMENDATION** |

Pending before the Court is Plaintiff's Motion to Withdraw from Writ of Habeas Corpus (Doc. No. 6). Petitioner seeks to withdraw his Petition for Writ of Habeas Corpus filed on August 31, 2006 (Doc. No. 1). Pursuant to the Rules of Practice of this Court, this matter was referred to Magistrate Judge Guerin for Report and Recommendation (Doc. No. 4). The Magistrate Judge recommends that the District Court grant the motion and dismiss the Petition.

Rule 41, Fed. R. Civ. P., provides that a plaintiff may voluntarily dismiss an action by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment.[1] Respondents have not yet answered the Petition; their answer is due November 20, 2006. Accordingly, the Magistrate recommends that the

---

[1] Rule 11, Rules Governing Section 2254 Cases, provides that the Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.

1  district court construe Petitioner's motion as a notice of voluntary dismissal, grant Petitioner's
2  motion and dismiss the Petition.
3       Pursuant to 28 U.S.C. §636(b), any party may serve and file written objections within
4  ten days of being served with a copy of the Report and Recommendation. If objections are
5  not timely filed, they may be deemed waived. If objections are filed, the parties should use
6  the following case number: **CV 06-2091-PHX-SRB.**
7       The Clerk is directed to mail a copy of the Report and Recommendation to Petitioner
8  and counsel for Respondents.
9       DATED this 24th day of October, 2006.

Jennifer C. Guerin
United States Magistrate Judge