NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anthony Leon McClain, | ) | No. CV06-2091-PHX-SRB |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dora B. Schriro, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

On October 12, 2006, Petitioner filed a Motion to Withdraw From Writ of Habeas Corpus. On October 24, 2006, the Magistrate Judge issued her Report and Recommendation recommending that the District Court construe Petitioner's Motion as a Notice of Voluntary Dismissal, grant Petitioner's motion and dismiss the Petition.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.   The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.  (doc 9).

1     IT IS FURTHER ORDERED granting Petitioner's Motion to Withdraw From Writ of Habeas Corpus. (doc. 6).

    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed

    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

    IT IS FURTHER ORDERED denying as moot Respondents' Motion to Stay Answer Pending Court's Ruling on Magistrate Judge's Report and Recommendation. (doc. 10).

    DATED this 22nd day of November, 2006.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge